UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ROSANNA MORELLI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 2:07-CV-00089-GZS |
| | ) | |
| STEVEN WEBSTER, | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION FOR PROTECTION**

NOW COMES Defendant Steven Webster, by and through undersigned counsel, and hereby moves the Court for protection from its April civil jury trial list for the period April 13-24.  The reasons for the requested protection are set forth below.

Undersigned defense counsel is attending a national civil rights seminar at Georgetown University on April 16 and 17, 2009.  In conjunction with that seminar, the undersigned plans on taking vacation during the period April 11-15 in Virginia in the days preceding the conference.  The undersigned has already purchased non-refundable airline tickets, leaving Maine on April 11, 2009 and returning on April 18, 2009, and has already paid for the seminar.

The following week, the week of April 20, 2009, is school vacation week.  Defendant Webster has family vacation plans that week, scheduled specifically to coincide with his children being on school vacation.

The undersigned has consulted with Plaintiff's attorneys, and they do not object to this request for protection being granted by the Court.  Counsel are also in the process of filing a consent to have this case tried by Magistrate Judge Rich, which presumably will allow for more flexibility in the Court's scheduling of this matter for trial.

-2-

Based on the foregoing, Defendant Webster respectfully requests this Court issue an Order protecting this case from being called to trial during the period April 13-24, 2009.

DATED at New Gloucester, Maine, this 16th day of February 2009.

*/s/ Edward R. Benjamin, Jr., Esq.*
Attorney for Defendant

THOMPSON & BOWIE
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
(207) 774-2500
ebenjamin@thompsonbowie.com

-3-

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 16, 2009, I electronically filed Defendant's Motion for Protection with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) electronically to the following:  Zachary L. Heiden, Esq. and Barbara L. Goodwin, Esq.

                 */s/ Edward R. Benjamin, Jr., Esq.*
                 THOMPSON & BOWIE, LLP
                 Three Canal Plaza
                 P. O. Box 4630
                 Portland, ME  04112
                 (207) 774-2500
                 ebenjamin@thompsonbowie.com