UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **ROSANNA MORELLI**, ) | |
| ) | |
| Plaintiff ) | |
| ) | **Case No. 2:07-CV-00089** |
| v. ) | |
| ) | |
| **STEVEN WEBSTER**, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S PROPOSED VOIR DIRE**

1. Have you or any member of your immediate family ever been subjected to what you consider to be an unlawful arrest, or an excessive amount of physical force, or in any other way been subjected to treatment by law enforcement officers that you consider inappropriate or offensive?

2. Have you or any member of your immediate family ever had any type of experiences with law enforcement officers, positive or negative, that might cause you to be unable to render a fair and impartial verdict in a case involving a law enforcement officer?

3. Do any of you believe that law enforcement officers generally tend to act with indifference toward the rights of the citizens of their community, or otherwise consider themselves to be above the law?

4. Do any of you believe that media coverage of incidents involving arrests, the use of force, or other conduct by police which you have seen or read about could, in any way, affect your ability to render a fair and impartial verdict in this type of case?

DATED at New Gloucester, Maine, this 30th day of March 2009.

*/s/ Edward R. Benjamin, Jr.*
Attorney for Defendant Steven Webster

THOMPSON & BOWIE, LLP
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on **March 30, 2009**, I electronically filed Defendant's **Proposed Voir Dire** with the Clerk of the Court using the CM/ECF system which will send notification of such filings(s) to the following:   **Zachary L. Heiden, Esq.** and **Barbara L. Goodwin, Esq.**

Date:  March 30, 2009

*/s/ Edward R. Benjamin, Jr., Esq.*
Thompson & Bowie, LLP
Three Canal Plaza
Portland, ME 04112
(207) 774-2500
ebenjamin@thompsonbowie.com