DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

APR 3 0 2009

LINDA L. JACOBSON CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ROSANNA MORELLI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 07-89-P-JHR |
| | ) | |
| STEVEN WEBSTER, | ) | |
| | ) | |
| Defendant | ) | |

## VERDICT FORM

1. Has the plaintiff proven by a preponderance of the evidence that defendant Steven Webster intentionally used excessive force against her in connection with her detention by police on March 3, 2006?

    Yes ____    No _X_

    (If you answered "No" to Question #1, answer no more questions. If you answered "Yes" to Question #1, answer Question #2.)

2. What amount is the plaintiff entitled to recover for compensatory or nominal damages?

    $ _____

Dated: 4/30/2009

**Signature Redacted**

**Original on File**

Jury Foreperson

1